IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JIMMY B. MASSEY,

    Plaintiff,

v.

GEORGIA PORTS AUTHORITY,

    Defendant.

CIVIL ACTION
NO. 4:17-cv-00110-WTM-GRS

## MODIFIED SCHEDULING ORDER

For good cause shown, the Court modifies the following deadlines in the above styled case:

| | |
|---|---|
| CLOSE OF DISCOVERY | 1/31/2018 |
| LAST DAY FOR FILING CIVIL MOTIONS, INCLUDING *DAUBERT* MOTIONS but EXCLUDING MOTIONS IN LIMINE | 3/2/2018 |

Motions in limine shall be filed no later than 5 days prior to the pre-trial conference.

All motions, other than summary judgment motions and motions to dismiss, shall be accompanied with a proposed order.

SO ORDERED this 28th day of November, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

US2008 13641937 1